UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS KIZZA FRANCO,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendants. | Case No. 26-cv-03062-AGT<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |

No less than seven days before a case management conference, counsel must meet and confer and file a joint case management statement. Civil Standing Order § VI.A. Counsel didn't comply with this requirement. They didn't file a joint case management statement at least seven days before the case management conference scheduled for August 14, 2026.

Counsel must file a joint case management statement by August 14, 2026. The case management conference is rescheduled to August 21, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 11, 2026

Alex G. Tse
United States Magistrate Judge